THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

BIAX CORPORATION, Plaintiff–
Appellant,

v.

NVIDIA CORPORATION,
Defendant–Appellee.

and

Sony Computer Entertainment America, Inc., and Sony Electronics Inc., Defendants–Appellees.

No. 2012–1387.

United States Court of Appeals,
Federal Circuit.

Feb. 8, 2013.

Steven J. Merker, Dorsey & Whitney, LLP, of Denver, CO, argued for plaintiff-appellant.

Mark S. Davies, Orrick, Herrington & Sutcliffe LLP, of Washington, DC argued for defendant-appellee, Nvidia Corporation and David Rokach, Kirkland & Ellis, LLP, of Chicago, IL, argued for defendants-appellees, Sony Computer Entertainment America, Inc., et al. With them on the brief were Chris R. Ottenweller, Orrick, Herrington & Sutcliffe, LLP, of Menlo Park, CA, Alex V. Chachkes, of New York, NY, Donald Daybell and Christina Von Der Ahe, of Irvine, CA, for defendant-appellee, Nvidia Corporation. Also on the brief was Christian Chadd Taylor, Kirkland & Ellis, LLP, of Palo Alto, CA, for all defendants-appellees. Of counsel was Indra Neel Chatterjee, Orrick, Herrington & Sutcliffe, LLP, of Menlo Park, CA, for defendant-appellee, Nvidia Corporation.

LOURIE, DYK, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**